**Abby LANDON,[1] Respondent Below, Appellant,**

v.

**DIVISION OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES, Petitioner Below, Appellee.**

**No. 44, 2015**

Supreme Court of Delaware.

Submitted: July 2, 2015

Decided: September 10, 2015

Court Below—Family Court of the State of Delaware in and for New Castle County, File No. 14–10–01TN, Pet. No. 14–26935

AFFIRMED.

1. By Order dated February 11, 2015, the Court assigned a pseudonym to the appellant.

■

**Chad WOOD, Petitioner Below, Appellant,**

v.

**Karen HALL, Respondent Below, Appellee.**

**No. 294, 2015**

Supreme Court of Delaware.

Submitted: September 9, 2015

Decided: September 11, 2015

Court Below—Family Court of the State of Delaware in and for New Castle County, File No. CN11–06437, Pet. No. 14–25901

DISMISSED.